REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone:  (510) 237-9700
Facsimile:   (510) 237-4616

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN CARROLL,<br><br>     Plaintiff,<br><br> v.<br><br>OFFICE DEPOT, INC.,<br><br>     Defendants. | Case No.  3:12-cv-03204 WHA<br><br>NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AS TO ALL DEFENDANTS WITHOUT PREJUDICE [F.R.C.P. Section 41(a)(1)] |

TO THE COURT AND ALL PARTIES HEREIN:

Please take notice that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Julian Carroll voluntarily dismisses his complaint as to all named defendants as to all

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

claims made herein, that is in Case No.: 12-cv-03204 WHA, without prejudice.

DATED: 8-29-2012

By: ___/s/ R. Terrell_____

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

CERTIFICATE OF SERVICE

 The undersigned, an attorney, affirms that on August 29, 2012, he filed an electronic copy of the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

                /S/ R. Terrell
                REGINALD TERRELL