Reginald Terrell, Esq.
**THE TERRELL LAW GROUP**
Post Office Box 13315, PMB #148
Oakland, CA 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616
reggiet2@aol.com

*Attorneys for Plaintiff Julian Carroll*

Daniel F. Katz (pro hac vice)
Luba Shur (pro hac vice)
Julianne C. Johnston (pro hac vice pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
dkatz@wc.com
lshur@wc.com
jjohnston@wc.com

Catherine M. Valerio Barrad (Bar No. 168897)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6688
Facsimile: (213) 896-6600
cbarrad@sidley.com

*Attorneys for Defendant Office Depot, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN CARROLL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 12-03204 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. William Alsup |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Julian Carroll hereby dismisses all claims, with prejudice, in the above-referenced action. All rights of appeal are hereby waived.

Dated: August 5, 2012

s/ Reginald Terrell
Reginald Terrell, Esq.
**THE TERRELL LAW GROUP**
Post Office Box 13315, PMB #148
Oakland, CA 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616
reggiet2@aol.com

*Attorneys for Plaintiff Julian Carroll*

Dated: August 30, 2012

s/    Luba Shur
Daniel F. Katz (pro hac vice)
Luba Shur (pro hac vice)
Julianne C. Johnston (pro hac vice pending)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
dkatz@wc.com
lshur@wc.com
jjohnston@wc.com

Catherine M. Valerio Barrad (Bar No. 168897)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6688
Facsimile: (213) 896-6600
cbarrad@sidley.com

*Attorneys for Office Depot, Inc.*

I, Reginald Terrell, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the State of California, where the mailing occurs, and my business address is The Terrell Law Group, 1736 Franklin Street, Suite 10th Floor, Oakland, California 94612.

On August 31, 2012 I served a true and correct copy of the following document(s):

Stipulation of Dismissal with Prejudice by Plaintiff Julian Carroll by email to all interested parties registered to receive service of process via the court's electronic case filing and pacer system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 5, 2012 at Oakland, California.

REGINALD TERRELL